IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT NEAL RUNDEL                                                                    PLAINTIFF
#7209

v.                                      3:23-cv-00116-KGB-JJV

BAILEY CROCKER,
Nurse Practitioner, Turn Key Medical,
Greene County Detention Facility; *et al.*                                           DEFENDANTS

## ORDER

Robert Neal Rundel ("Plaintiff") has filed a *pro se* Second Amended Complaint alleging that, from March 16 to 26, 2022, Defendant Nurse Practitioner Bailey Crocker violated his constitutional rights as protected by 42 U.S.C. § 1983 and committed medical malpractice in violation of Arkansas law by failing to properly treat an injury to his foot after he fell off a top bunk. (Doc. 9.) After careful consideration, I conclude, for screening purposes only, Plaintiff has pled plausible constitutional and tort claims against Defendant Crocker in her personal capacity.[1]  Service will be attempted at Defendant Crocker's private address, which has been provided by Turn Key Medical.

IT IS, THEREFOR, ORDERED that:

1.  The Clerk shall file Defendant Crocker's private mailing address **under seal.**

2.  The Clerk shall prepare a summons for restricted delivery to Defendant Crocker at her sealed address. The United States Marshal shall serve the summons, Second Amended

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that: (1) are frivolous or malicious or fail to state a claim upon which relief may be granted; or (2) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b).

1

Complaint (Doc. 9), and this Order on her without prepayment of fees and costs or security therefor.  **Defendant's sealed address must be redacted from the return of service and all other public portions of the record.**

   DATED this 24th day of May 2023.

                                                  _____
                                                  JOE J. VOLPE
                                                  UNITED STATES MAGISTRATE JUDGE