IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT NEAL RUNDEL**                                                                                              **PLAINTIFF**

v.                                           Case No. 3:23-cv-00116-KGB

**BAILEY CROCKER,** *et al.*                                                                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition and Recommended Disposition ("Recommendations") submitted by United States Magistrate Judge Joe J. Volpe (Dkt. Nos. 10; 31). Plaintiff Robert Neal Rundel has not filed any objections to the Recommendations, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. Nos. 10; 31). The Court dismisses without prejudice Mr. Rundel's claims against defendants Steve Franks and Robert Case and Mr. Rundel's official capacity claim against defendant Bailey Crocker. The Court also dismisses without prejudice Mr. Rundel's claims against defendant Bailey Crocker in her individual capacity due to lack of service. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

It is so ordered this 2nd day of October, 2023.

                                                                                                       _____
                                                                                                       Kristine G. Baker
                                                                                                       United States District Judge