IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROBERT NEAL RUNDEL**                                                                                          **PLAINTIFF**

v.                                    Case No. 3:23-cv-00116-KGB

**BAILEY CROCKER,** *et al.*                                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Robert Neal Rundel's second amended complaint is dismissed without prejudice (Dkt. No. 9). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 2nd day of October, 2023.

_____
Kristine G. Baker
United States District Judge